FILED
OCT 19 2011
CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| CHARLES LONG, | ) | CIV 11-4042-RHB |
|     Plaintiff, | ) ) ) | |
| vs. | ) ) | ORDER |
| DENNIS DAUGAARD, Governor of South Dakota; TIM REISCH, Secretary of Prisons; and DOUGLAS WEBER, Warden, S.D.S.P., | ) ) ) ) ) | |
|     Defendants. | ) | |

    Plaintiff, Charles Long, has commenced this action under 42 U.S.C. § 1983 alleging that his constitutional rights were violated by defendants. In an Order dated May 18, 2011, the Court, acting under 28 U.S.C. §§ 1915 and 1915A, determined that Long's complaint provided insufficient details and failed to state a claim upon which relief could be granted. The matter was dismissed without prejudice. Long now requests the Court compel the disclosure of legal papers by named defendants.

    As stated previously, this matter has been dismissed without prejudice for failure to state a claim upon which relief may be granted and that disposition has been affirmed by the Eighth Circuit. Long has not indicated with specificity the documents which he seeks, nor shown their necessity or relevance to the attempt to amend his complaint. Accordingly, it is hereby

ORDERED that plaintiff's motion for legal documents (Docket #15) is denied.

Dated this 19th day of October, 2011.

BY THE COURT:

/s/ Richard H. Battey
RICHARD H. BATTEY
UNITED STATES DISTRICT JUDGE