**FILED**

OCT 1 9 2011

CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| CHARLES LONG, | ) | CIV 11-4042-RHB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| DENNIS DAUGAARD, Governor of | ) | |
| South Dakota; TIM REISCH, Secretary | ) | |
| of Prisons; and DOUGLAS WEBER, | ) | |
| Warden, S.D.S.P., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, Charles Long, has commenced this action under 42 U.S.C. § 1983

alleging that his constitutional rights were violated by defendants.  In an Order dated

May 18, 2011, the Court, acting under 28 U.S.C. §§ 1915 and 1915A, determined that

Long's complaint provided insufficient details and failed to state a claim upon which

relief could be granted.  The matter was dismissed without prejudice.  Long now

requests the Court compel the disclosure of legal papers by named defendants.

As stated previously, this matter has been dismissed without prejudice for failure

to state a claim upon which relief may be granted and that disposition has been

affirmed by the Eighth Circuit.  Long has not indicated with specificity the documents

which he seeks, nor shown their necessity or relevance to the attempt to amend his

complaint.  Accordingly, it is hereby

ORDERED that plaintiff's motion for legal documents (Docket #15) is denied.

Dated this 19th day of October, 2011.

BY THE COURT:

RICHARD H. BATTEY
UNITED STATES DISTRICT JUDGE